1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JASON BONDERER,                              No.  2:16-cv-0795-EFB P

12                     Plaintiff,

13          v.                                     ORDER

14    CLINGMAN,

15                     Defendant.

16

17          Plaintiff is a county inmate proceeding without counsel in an action brought under 42

18    U.S.C. § 1983.  To proceed with a civil action a plaintiff must pay the $400 filing fee required by

19    28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the affidavit and

20    trust account statement required by 28 U.S.C. § 1915(a).  Plaintiff has neither paid the fee nor

21    submitted a proper application for leave to proceed in forma pauperis.

22          Accordingly, plaintiff has 30 days from the date of service of this order to submit either

23    the filing fee or the application required by § 1915(a).  The Clerk of the Court is directed to mail

24    to plaintiff a form application for leave to proceed in forma pauperis.  Failure to comply with this

25    order will result in dismissal of this action.

26          So ordered.

27    Dated:  April 25, 2016.

28                                                EDMUND F. BRENNAN
                                                 UNITED STATES MAGISTRATE JUDGE