1  AMIE McTAVISH, ESQ., SB No. 242372
      Email: amctavish@akk-law.com
2  BRUCE A. KILDAY, ESQ., SB No. 066415
      Email: bkilday@akk-law.com
3  **ANGELO, KILDAY & KILDUFF, LLP**
   Attorneys at Law
4  601 University Avenue, Suite 150
   Sacramento, CA  95825
5  Telephone:  (916) 564-6100
   Telecopier:  (916) 564-6263
6
7
   Attorneys for Defendant CLINGMAN
8

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON BONDERER | Case No.: 2:16-cv-00795-KJN PC |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; ORDER** |
| vs. | |
| DEPUTY CLINGMAN, | |
| Defendant. | |

   The parties, Plaintiff In Pro Per and Defendant through their counsel, hereby stipulate that this matter be dismissed in its entirety and with prejudice.  It is further stipulated that each party will bear its own costs, including all attorney's fees.

   Dated:  2/15/2017

                              */s/ Jason Bonderer*
                              (original signature on file)
                        By:_____
                              JASON BONDERER
                              In Pro Per

Dated: 2/15/2017

ANGELO, KILDAY & KILDUFF, LLP

By: */s/ Amie McTavish*
 AMIE McTAVISH
 BRUCE A. KILDAY
 Attorneys for Defendant
 CLINGMAN

**ORDER**

**IT IS SO ORDERED.**

Dated: March 2, 2017

 _____
 KENDALL J. NEWMAN
 UNITED STATES MAGISTRATE JUDGE

/bond0795.dsm